NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLES FLYNN,**

*Petitioner*

**v.**

**DEPARTMENT OF STATE,**

*Respondent*

---

2022-1220

---

Petition for review of the Merit Systems Protection Board in No. DC-4324-21-0367-I-1.

---

**SUA SPONTE**

---

PER CURIAM.

## O R D E R

Upon consideration of the judgment of the Supreme Court of the United States in *Charles Flynn v. Department of Transportation*, No. 23-868, vacating and remanding to this court for further proceedings consistent with the opinion of the Supreme Court,

IT IS ORDERED THAT:

2                                          FLYNN v. DEPARTMENT OF STATE

(1) The mandate of this court issued on November 8, 2023, is recalled, the appeal is reinstated, and this court's May 15, 2023, opinion and judgment are vacated.

(2) The case is remanded to the Merit Systems Protection Board for further proceedings in accordance with the Supreme Court's decision. The mandate shall issue 14 days from the date of this order.

FOR THE COURT

June 26, 2025
   Date

Jarrett B. Perlow
Clerk of Court